# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MCKESSON CORP. *et al.*,  )
)
    Plaintiffs,  )
)
    v.  )    **Civ. Action No. 82-220 (RJL)**
)
ISLAMIC REPUBLIC OF IRAN *et al.*,  )
)
    Defendants.  )

## ORDER
(March 22, 2013) [Dkts. ##960, 961, 969]

For the reasons set forth in the Memorandum Opinion entered this date, it is this 22th day of March, 2013, hereby

**ORDERED** that plaintiffs' Motion for Entry of Final Judgment [Dkts. ##961, 969] is **GRANTED** in part and **DENIED** in part; and it is further

**ORDERED** that judgment be entered in favor of the plaintiffs and against the defendants in the amount of $40,551,000.40; and it is further

**ORDERED** that plaintiffs are entitled to seek additional fees and costs incurred after June 30, 2012 and until the conclusion of this litigation and are hereby authorized to submit a further application for such fees and costs consistent with this Judgment; and it is further

**ORDERED** that in accordance with U.S.C. § 1961, post-judgment interest shall accrue on all amounts awarded to plaintiffs pursuant to this Judgment as of the date hereof; and it is further

**ORDERED** that defendants' July 30, 2012 motion [Dkt. #960] is **DENIED** as **MOOT**.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge